UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CROWELL,

    Plaintiff,

Case No. 2:15-cv-14062

v.

HONORABLE STEPHEN J. MURPHY, III

KIM FARIS, et al.,

MAGISTRATE ELIZABETH A. STAFFORD

    Defendants.

                                    /

**ORDER ADOPTING REPORT AND RECOMMENDATION [59]
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [48]**

    Plaintiff Richard Crowell filed a pro se civil rights complaint under 42 U.S.C. § 1983 against various prison medical staff. The Court referred the matter to the magistrate judge, who recommended that the Court dismiss two of the three defendants because the complaint did not set out any plausible claim for relief against them. ECF 25. The Court adopted the report and dismissed the two defendants. ECF 41. The remaining defendant then filed a motion for summary judgment. ECF 48. The magistrate judge issued a Report and Recommendation ("Report") suggesting the Court grant the motion. ECF 59. The parties were given 14 days to file objections to the Report, but neither did.

    Civil Rule 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Because neither party filed timely objections, de novo review of the Report's conclusions is not required. Having examined the record, the Court finds that the magistrate judge's conclusions are factually based and legally sound.

Accordingly, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation [59] is **ADOPTED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [48] is **GRANTED**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 10, 2017, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager